# OSBORN LAW P.C.

Daniel A. Osborn, Esq.      dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.      ltrust@osbornlawpc.com

November 25, 2024

> **MEMO ENDORSED**
>
> /s/ Valerie Figueredo
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: 12-4-2024
>
> The extension requested herein is hereby GRANTED. Plaintiff's motion is due on or before **Friday, February 14, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Lucid v. Commissioner of Social Security*
              Civil Action No. 1:24-cv-06690-VF

Dear Judge Figueredo,

    We write on behalf of our client, Cornelius Lucid, with the consent of the defense, to request additional time to file his motion for judgment on the pleadings which is currently due on December 1, 2024, per the Court's September 4, 2024 Standing Scheduling Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **February 14, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **April 15, 2025**; and

- Plaintiff to file his reply, if any, on or before: **April 29, 2025.**

Honorable Valerie Figueredo
November 25, 2024
Page Two

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        s/Daniel A. Osborn
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:    212-725-9800
                                        Facsimile:     212-500-5115
                                        dosborn@osbornlawpc.com

cc: Nahid Sorooshyari, Esq. (by ECF)